DAVID P. BEITCHMAN (SBN 198953)
dbeitchman@bzlegal.com
ANDRE BONIADI (SBN 266412)
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 VENTURA BLVD., SUITE 570
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 986-9100
FACSIMILE:   (818) 986-9119

*Attorneys for* Plaintiffs,
JACOB SHALIT and ZAHAVA SHALIT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SHALIT, an individual; ZAHAVA SHALIT, an individual,<br><br>            Plaintiffs,<br><br>      vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin Corporation; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts corporation; ADAM SIMON, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-03525-CAS-JEM<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>State Action Filed:    3/6/2013<br>Action Removed:     5/16/2013 |

- 1 -

**[PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Upon stipulation jointly made by Plaintiffs JACOB SHALIT and ZAHAVA SHALIT ("Plaintiffs") and Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ("Mass Mutual"), the only remaining parties to this action, by and through their counsel of record, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: December 4, 2014

_____
Hon. Christina A. Snyder
United States District Judge

**[PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**